CC: Ct; AUSA *Prewett*; *Dept cnsl Perry*; *Dept (Tracinski)*; USP

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:05-CR-0481-02 |
| v. | : | |
| ROSALYN TORRES, | : | (Judge Conner) |
| Defendant | : | |

FILED
HARRISBURG
MAR 3 1 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

P L E A

AND NOW, this 31st day of March, 2006, the within named defendant, ROSALYN TORRES, hereby enters a plea of Guilty to the within Superseding Information.

_____
ROSALYN TORRES, Defendant

_____
Witnessed by Counsel for Defendant